# RE APPLICATION OF E. C. ATKINS & COMPANY.

---

TRADEMARKS; SIMILARITY; REGISTRATION.

The registration of a trademark for saws, consisting of a five-pointed star upon which is superimposed a circle containing the words "Lone Star," was denied, because of its resemblance to trademarks previously registered by another, one of which consisted of .the words, "The Star," and the other of a five-pointed star inclosed within a circle. (Citing *Ehret* v. *Star Brewery Co.* 31 App. D. C. 507;

D. C.]                     Opinion of the Court.

Re Indian Portland Cement Co. 30 App. D. C. 463; Wayne County Preserving Co. v. Burt Olney Canning Co. 32 App. D. C. 279; Re Braadland, 37 App. D. C. 602; Carmel Wine Co. v. California Winery, 38 App. D. C. 1.)

No. 850. Patent Appeals. Submitted November 19, 1913. Decided December 1, 1913.

HEARING on an appeal from a decision of the Commissioner of Patents denying an application for the registration of a trademark.                                    *Affirmed.*

The facts are stated in the opinion.

*Mr. Arthur M. Hood* for the appellant.

*Mr. Webster S. Ruckman* for the Commissioner of Patents.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This is an appeal [by E. C. Atkins & Company] from a decision of the Commissioner of Patents denying the registration of a trademark for saws. The mark consists of a five-pointed star upon which is superimposed a circle. The sample drawing accompanying the application shows the printed words "Lone Star" within the circle. Several references were made to articles bearing a star in some form or another as a trademark. The final denial of registration by the Commissioner is founded on two trademarks that have been previously registered by George N. Clemson for saws. One of these consists of the words "The Star." and the other of the representation of a five-pointed star inclosed within a circle.

The resemblance between these and the star mark of the applicant was held to be such as likely to cause confusion. The Commissioner did not err in so deciding. See *Ehret* v. *Star Brewery Co.* 31 App. D. C. 507; *Re Indian Portland Cement Co.* 30 App. D. C. 463; *Wayne County Preserving Co.* v. *Burt*

*Olney Canning Co.* 32 App. D. C. 279; *Re Braadland,* 37 App. D. C. 602; *Carmel Wine Co.* v. *California Winery,* 38 App. D. C. 1.

The decision is affirmed, and the clerk will certify this decision to the Commissioner of Patents.                    *Affirmed.*